# Criminal Case Cover Sheet

**FILED:** REDACTED      **U.S. District Court**

**Place of Offense:**    ☐ Under Seal    **Judge Assigned:**

- City:
- County: Fairfax
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.: 1:18-mj-18
- Search Warrant Case No.:
- **Criminal No.**
- New Defendant:
- Arraignment Date:
- R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** Jerry Chun Shing Lee
- **Alias(es):** Zhen Cheng Li
- ☐ Juvenile   FBI No.:
- **Address:** Hong Kong (specific residential address unknown)
- **Employment:**
- **Birth Date:** XX/XX/XXXX   **SSN:** XXX-XX-XXXX   **Sex:** Male   **Race:** Asian   **Nationality:** U.S.
- **Place of Birth:**   **Height:**   **Weight:**   **Hair:**   **Eyes:**   **Scars/Tattoos:**
- ☐ Interpreter   **Language/Dialect:** English   **Auto Description:**

## Location/Status:

- **Arrest Date:** Jan 15, 2018
- ☒ Already in Federal Custody as of: Jan 15, 2018 in: New York, NY
- ☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody
- ☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested
- ☐ Arrest Warrant Pending    ☒ Detention Sought    ☐ Bond

## Defense Counsel Information:

- **Name:** Undetermined
- ☐ Court Appointed    **Counsel Conflicts:**
- **Address:**    ☐ Retained
- **Phone:**    ☐ Public Defender    ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Neil Hammerstrom   **Phone:** 703-299-3755   **Bar No.** 024588

**Complainant Agency - Address & Phone No. or Person & Title:**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 793(e) | retention of national security docs | One | Felony |
| Set 2: | | | | |

**Date:** Jan. 16, 2018   **AUSA Signature:** *W. R. Hammerstrom*   *may be continued on reverse*