AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

United States of America )
*Plaintiff* )
v. ) Case No. 1:18-MJ-0018
Jerry Chun Shing Lee, a/k/a Zhen Cheng Li )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jerry Chun Shing Lee. a/k/a Zehn Cheng Li

Date: February 6, 2018

*Attorney's signature*

Edward B. MacMahon, Jr.
*Printed name and bar number*
Edward B. MacMahon, Jr., PLC
P.O. Box 25
107 East Washington Street
Middleburg, Virginia 20118

*Address*

ebmjr@macmahon-law.com
*E-mail address*

540-687-3902
*Telephone number*

540-687-6366
*FAX number*