TYPE OF HEARING: R5
CASE NUMBER: 1:18mj18
MAGISTRATE JUDGE: Ivan D. Davis
DATE: 2/6/18
TIME: 2pm
TAPE: FTR RECORDER
DEPUTY CLERK: Laura Guerra

**EASTERN DISTRICT OF VIRGINIA**

**UNITED STATES OF AMERICA**

VS.

Jerry Chun Shing Lee

GOVT. ATTY _____ Neil Hammerstrom _____

DEFT'S ATTY _____ Edward MacMahon _____

INTERPRETER/LANGUAGE _____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( ✓ )
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )

Deft waives expeditious PH - Granted
matter set for PH.

BOND:

Govt is seeking detention. Deft does not
contest detention at this time.

(X) DEFT IS REMANED TO THE CUSTODY OF THE USMS DUE TO
(X) RISK OF NON APPEARANCE ( ) SAFETY OF THE COMMUNITY
(X) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO
DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

NEXT COURT APPEARANCE _____ 3/19/18 _____ TIME _____ 2:00pm _____
          PH          (IDD)